**FILED**
**DECEMBER 11, 2007**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**07 C 6967**

In the Matter of                                        Case Number:

DR. HANSEL M. DEBARTOLO
          VS.
XO COMMUNICATIONS SERVICES, INC.

**JUDGE KOCORAS**
**MAGISTRATE JUDGE BROWN**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

DR. HANSEL M. DEBARTOLO, PLAINTIFF            **J. N.**

| NAME (Type or print) |
| --- |
| STUART P. KRAUSKOPF |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ STUART P. KRAUSKOPF |

| FIRM |
| --- |
| THE LAW OFFICES OF STUART P. KRAUSKOPF |

| STREET ADDRESS |
| --- |
| 30 N. LASALLE ST., SUITE 3124 |

| CITY/STATE/ZIP |
| --- |
| CHICAGO, IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 41590 | 312-377-9592 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |