**FILED**
**DECEMBER 11, 2007**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**07 C 6967**

| In the Matter of | Case Number: |
|---|---|
| DR. HANSEL M. DEBARTOLO<br>VS.<br>XO COMMUNICATIONS SERVICES, INC. | |

**JUDGE KOCORAS**
**MAGISTRATE JUDGE BROWN**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

DR. HANSEL M. DEBARTOLO, PLAINTIFF

**J. N.**

| NAME (Type or print) |
|---|
| MICHAEL A. SCHNITZER |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ MICHAEL A. SCHNITZER |

| FIRM |
|---|
| THE LAW OFFICES OF STUART P. KRAUSKOPF |

| STREET ADDRESS |
|---|
| 30 N. LASALLE ST., SUITE 3124 |

| CITY/STATE/ZIP |
|---|
| CHICAGO, IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 41590 | 312-377-9592 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ |