# United States District Court for the Northern District of Illinois

Case Number: 07cv6967

Assigned/Issued By: j. n.

Judge Name: KOCORAS

Designated Magistrate Judge: BROWN

## FEE INFORMATION

Amount Due:   [✓] $350.00   [ ] $39.00   [ ] $5.00
              [ ] IFP       [ ] No Fee   [ ] Other _____
              [ ] $455.00

Number of Service Copies _____   Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350   Receipt #: 2394394

Date Payment Rec'd: 12-11-07   Fiscal Clerk: J. N.

## ISSUANCES

[✓] Summons                           [ ] Alias Summons
[ ] Third Party Summons               [ ] Lis Pendens
[ ] Non Wage Garnishment Summons      [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons    _____
[ ] Citation to Discover Assets       (Victim, Against and $ Amount)
[ ] Writ _____
    (Type of Writ)

__1__ Original and __1__ copies on __12-12-07__ as to __DEFENDANT__
                                      (Date)

C:\wpwin80\docket\feeinfo.frm    03/14/05