IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JAN 11 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| DR. HANSEL M. DEBARTOLO, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> XO COMMUNICATIONS SERVICES, INC. ) <br> ) <br> Defendant. ) <br> ) | Judge Kocoras <br> Magistrate Judge Brown <br><br> Case No. 1:07-cv-6967 |

### DEFENDANT'S MOTION TO EXTEND TIME TO APPEAR

NOW COMES the Defendant, XO Communications, Services, Inc. ("XO"), by and through their attorney, Daniel P. Westman, Morrison & Foerster LLP, as and for their Motion to Extend Time to Appear, and in support states and alleges as follows:

1. The Complaint in the above matter was served on defendant XO on December 24, 2007.

2. Plaintiff's counsel has agreed that XO may have an extension of 21 days through and including February 4, 2008 in which to appear in this matter. No prior extensions have been granted.

WHEREFORE, Defendant, XO, respectfully requests this Honorable Court for the entry

va-228613

of an Order extending the time by to appear, for 21 days, on or before February 4, 2008.

Respectfully submitted,

By: _____
Daniel P. Westman
Morrison & Foerster LLP
1650 Tysons Boulevard
McLean, VA 22102
703-760-7795-phone
703-760-7777-facsimile
dwestman@mofo.com

Counsel for Defendant

Dated: January 10, 2008

## CERTIFICATE OF SERVICE

    I, Daniel P. Westman, hereby certify that on January 10, 2008, I caused a true and correct copy of the foregoing to be served upon the following by the electronic mail and first class mail:

> The Law Offices of Stuart P. Krauskopf, P.C.
> Stuart P. Krauskopf, P.C.
> Michael A. Schnitzer, P.C.
> Lindsay Malitz, P.C.
> 30 North LaSalle Street
> Suite 3124
> Chicago, IL 60602

_____
Daniel P. Westman