**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>DR. HANSEL M. DEBARTOLO<br>v.<br>XO COMMUNICATIONS SERVICES, INC. | Case Number: 07 C 6967 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
XO COMMUNICATIONS SERVICES, INC.

| |
|---|
| NAME (Type or print)<br>ELIZABETH A. MCDUFFIE |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ ELIZABETH A. MCDUFFIE |
| FIRM<br>GONZALEZ, SAGGIO & HARLAN, L.L.C. |
| STREET ADDRESS<br>35 EAST WACKER DRIVE, SUITE 500 |
| CITY/STATE/ZIP<br>CHICAGO, IL 60601 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)     TELEPHONE NUMBER<br>                                                                 312.236.0475 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES ✔    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES ☐    NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES ✔    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES ✔    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |