**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

---

DR. HANSEL M. DEBARTOLO

    Plaintiff,

  v.                                                                          Case No:  07 C 6967
                                                                 Judge Charles P. Kocoras

XO COMMUNICATIONS SERVICS, INC.       Courtroom 1725
                                                                   Magistrate Judge Geraldine Soat Brown
    Defendant.                                         Courtroom 1812

---

**AGREED MOTION FOR ONE WEEK EXTENSION FOR DEFENDANT**
**TO ANSWER OR OTHERWISE PLEAD**

---

Defendant, XO Communications Services, Inc. (the "Defendant"), by and through its attorneys, hereby moves this Honorable Court for an extension from February 19, 2008 to and including February 26, 2008 to answer or otherwise plead.  Counsel for Defendant requires this additional time to complete the analysis and prepare a responsive pleading.  Plaintiff has indicated through counsel that there is no objection to this extension.

WHEREFORE, Defendant respectfully prays for an Order granting its motion for a one week extension, from February 19, 2008 to and including February 26, 2008, for Defendant to answer or otherwise plead.

Dated: February 7, 2008

                                                                                 Respectfully submitted,
                                                                                 <u>s/Elizabeth A. McDuffie</u>
                                                                                Elizabeth A. McDuffie
                                                                                 35 East Wacker Drive, Suite 500
                                                                                 Chicago, IL 60601
                                                                                 Phone 312- 236-0475
                                                                                 Fax     312-236-1750
                                                                                 E-mail:  [liz_mcduffie@gshllp.com](mailto:liz_mcduffie@gshllp.com)

2

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: stu@stuklaw.com, micheal.schnitzer@brg-law.com and I certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: N/A.

 

s/Elizabeth A. McDuffie
Elizabeth A. McDuffie
35 East Wacker Drive, Suite 500
Chicago, IL 60601
Phone 312- 236-0475
Fax    312-236-1750
E-mail:  liz_mcduffie@gshllp.com

**ATTORNEYS FOR DEFENDANT**