# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

DR. HANSEL M. DEBARTOLO

      Plaintiff,

v.                                  Case No:  07 C 6967
                                        Judge Charles P. Kocoras

XO COMMUNICATIONS SERVICS, INC.     Courtroom 1725
                                        Magistrate Judge Geraldine Soat Brown
      Defendant.                       Courtroom 1812

## NOTICE OF MOTION AND CERTIFICATE OF SERVICE

TO:   Stuart P. Krauskopf, P.C.
       Michael A. Schnitzer, P.C.
       30 North LaSalle Street
       Suite 3124
       Chicago, IL 60602

PLEASE TAKE NOTICE that on Thursday February 14, 2008 at 9:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Charles P. Kocoras in Courtroom 1725 of the United States District Court for the Northern District of Illinois, 219 S. Dearborn, Chicago, Illinois 60604, and then and there present the attached Agreed Motion for One Week Extension For Defendant to Answer or Otherwise Plead, which is hereby served upon you.

Dated: February 7, 2008

                                      Respectfully submitted,
                                      s/Elizabeth A. McDuffie
                                      Elizabeth A. McDuffie
                                      35 East Wacker Drive, Suite 500
                                      Chicago, IL 60601
                                      Phone 312- 236-0475
                                      Fax    312-236-1750
                                      E-mail: liz_mcduffie@gshllp.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: stu@stuklaw.com, micheal.schnitzer@brg-law.com and I certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: N/A.

s/Elizabeth A. McDuffie<br>
Elizabeth A. McDuffie<br>
35 East Wacker Drive<br>
Suite 500<br>
Chicago, IL 60601<br>
Phone 312- 236-0475<br>
Fax    312-236-1750<br>
E-mail:  liz_mcduffie@gshllp.com

**ATTORNEYS FOR DEFENDANT**