## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Hansel M DeBartolo
                                        Plaintiff,

v.                                                 Case No.: 1:07−cv−06967
                                                   Honorable Charles P. Kocoras

XO Communications Services, Inc.
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 13, 2008:

      MINUTE entry before Judge Charles P. Kocoras :Defendant's agreed motion [13] for one week extension of time to 2/26/2008, to answer or otherwise plead is granted. Hearing on said motion, set for 2/14/2008, is stricken. Status hearing set for 2/26/2008 at 9:30 a.m. to stand. Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.