## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

DR. HANSEL M. DEBARTOLO

      Plaintiff,
  v.

XO COMMUNICATIONS SERVICES, INC.

      Defendant.

Case No: 07 C 6967
Judge Charles P. Kocoras
Courtroom 1725
Magistrate Judge Geraldine Soat Brown
Courtroom 1812

### AGREED MOTION FOR ONE WEEK EXTENSION FOR DEFENDANT TO ANSWER OR OTHERWISE PLEAD

Defendant, XO Communications Services, Inc. (the "Defendant"), by and through its attorneys, hereby moves this Honorable Court for an extension from February 26, 2008 to and including March 4, 2008 to answer or otherwise plead. Counsel for Defendant requires this additional time to complete the analysis and prepare a responsive pleading. Plaintiff has indicated through counsel that there is no objection to this extension. Counsel does not anticipate needing any additional extensions to prepare a responsive pleading.

WHEREFORE, Defendant respectfully prays for an Order granting its motion for a one week extension, from February 26, 2008 to and including March 4, 2008, for Defendant to answer or otherwise plead.

Dated: February 25, 2008

                        Respectfully submitted,
                        s/Elizabeth A. McDuffie
                        Elizabeth A. McDuffie
                        35 East Wacker Drive, Suite 500
                        Chicago, IL 60601
                        Phone 312- 236-0475
                        Fax    312-236-1750
                        E-mail: liz_mcduffie@gshllp.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: stu@stuklaw.com, micheal.schnitzer@brg-law.com and I certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: N/A.

                                                          s/Elizabeth A. McDuffie
                                                          Elizabeth A. McDuffie
                                                          35 East Wacker Drive, Suite 500
                                                          Chicago, IL 60601
                                                          Phone 312- 236-0475
                                                          Fax    312-236-1750
                                                          E-mail:  liz_mcduffie@gshllp.com

**ATTORNEYS FOR DEFENDANT**