UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DR. HANSEL M. DEBARTOLO

        Plaintiff,
  v.

XO COMMUNICATIONS SERVICES, INC.

        Defendant.

Case No: 07 C 6967
Judge Charles P. Kocoras
Courtroom 1725
Magistrate Judge Geraldine Soat Brown
Courtroom 1812

### NOTICE OF MOTION AND CERTIFICATE OF SERVICE

TO:    Stuart P. Krauskopf, P.C.
        Michael A. Schnitzer, P.C.
        30 North LaSalle Street
        Suite 3124
        Chicago, IL 60602

PLEASE TAKE NOTICE that on Thursday February 28, 2008 at 9:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Charles P. Kocoras in Courtroom 1725 of the United States District Court for the Northern District of Illinois, 219 S. Dearborn, Chicago, Illinois 60604, and then and there present the attached Agreed Motion for One Week Extension For Defendant to Answer or Otherwise Plead, which is hereby served upon you.

Dated: February 25, 2008

                                Respectfully submitted,
                                <u>s/Elizabeth A. McDuffie</u>
                                Elizabeth A. McDuffie
                                35 East Wacker Drive, Suite 500
                                Chicago, IL 60601
                                Phone 312- 236-0475
                                Fax    312-236-1750
                                E-mail:  <u>liz_mcduffie@gshllp.com</u>

### CERTIFICATE OF SERVICE

2

I hereby certify that on February 25, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: stu@stuklaw.com, micheal.schnitzer@brg-law.com and I certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: N/A.

                                                          s/Elizabeth A. McDuffie
                                                          Elizabeth A. McDuffie
                                                          35 East Wacker Drive
                                                          Suite 500
                                                          Chicago, IL 60601
                                                          Phone 312- 236-0475
                                                          Fax    312-236-1750
                                                          E-mail:  liz_mcduffie@gshllp.com

**ATTORNEYS FOR DEFENDANT**