## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Hansel M DeBartolo

                                   Plaintiff,

v.                                                                 Case No.: 1:07−cv−06967
                                                                 Honorable Charles P. Kocoras

XO Communications Services, Inc.

                                   Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, February 26, 2008:

       MINUTE entry before Judge Charles P. Kocoras :Status and motion hearing held on 2/26/2008. Defendant's agreed motion [16] for an extension of time to 3/4/2008 to answer or otherwise plead is granted. Hearing on said motion, set for 2/28/2008, is stricken. Status hearing set for 3/18/2008 at 9:30 a.m. Mailed notice(sct, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.