# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Hansel M DeBartolo

                              Plaintiff,

v.                                               Case No.: 1:07−cv−06967
                                                 Honorable Charles P. Kocoras

XO Communications Services, Inc.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 17, 2008:

      MINUTE entry before Judge Honorable Charles P. Kocoras:Status hearing held on 4/17/2008. Plaintiff informs the Court that an amended complaint will not be filed, and that plaintiff will stand on the original complaint. Defendant will also stand on its original answer to the complaint. All discovery to be completed by 8/19/2008. Status hearing set for 8/19/2008 at 9:30 a.m. Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.