UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DR. HANSEL M. DeBARTOLO ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 07-6967 |
| v. ) | |
| ) | Honorable Charles Kocoras |
| XO COMMUNICATIONS SERVICES, INC. ) | |
| ) | Magistrate Judge Brown |
| Defendant. ) | |

## NOTICE OF MOTION

To:  Lynn Thorpe
     Philip Holloway
     Elizabeth McDuffie
     Gonzalez, Saggio & Harlan, L.L.C.
     35 E. Wacker Dr., Ste. 500
     Chicago, IL 60601

    PLEASE TAKE NOTICE that on May 28, 2008, at 9:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Charles Kocoras, or whomever may be sitting in his stead, in Room 1725 of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, IL and then and there present the attached MOTION FOR SUBSTITUTION OF ATTORNEYS, a copy of which has been served on you.

                    Respectfully submitted,

                    s/Stuart P. Krauskopf
                     Stuart P. Krauskopf

Stuart P. Krauskopf
Lindsay M. Malitz
Michael A. Schnitzer
The Law Offices of Stuart P. Krauskopf
30 North LaSalle Street, Suite 3124
Chicago, Illinois 60602
312-377-9592
Atty. No. 41590

1

**CERTIFICATE OF SERVICE**

       I hereby certify that on May 16, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will serve the electronically filed document on the following attorney of record:

Lynn Thorpe
lynn_thorpe@gshllp.com

Philip Holloway
hollop@gshllp.com

Elizabeth McDuffie
liz_mcduffie@gshllp.com

                                 Respectfully submitted,

                                 s/Stuart P. Krauskopf
                                  Stuart P. Krauskopf

Stuart P. Krauskopf
Lindsay M. Malitz
Michael A. Schnitzer
The Law Offices of Stuart P. Krauskopf
30 North LaSalle Street, Suite 3124
Chicago, Illinois 60602
312-377-9592
Atty. No. 41590