## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
## Eastern Division

Hansel M DeBartolo

                                 Plaintiff,

v.                                                  Case No.: 1:07−cv−06967
                                                               Honorable Charles P. Kocoras

XO Communications Services, Inc.

                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 20, 2008:

      MINUTE entry before the Honorable Charles P. Kocoras:Plaintiff's motion [24] for substitution of attorneys is granted. Stuart P. Krauskopf and Michael A. Schnitzer are given leave to withdraw, and Talbot Hoevel is given leave to file his appearance as counsel for plaintiff. Hearing on said motion, set for 5/28/2008, is stricken. Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.