# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

DR. HANSEL M. DEBARTOLO

       Plaintiff,

v.

XO COMMUNICATIONS SERVICES, INC.

       Defendant.

Case No:  07 C 6967
Judge Charles P. Kocoras
Courtroom 1725
Magistrate Judge Geraldine Soat Brown
Courtroom 1812

## MOTION FOR JUDGMENT ON THE PLEADINGS

Defendant, XO Communications, Inc., incorrectly sued as XO Communications Services Inc. ("XO"), pursuant to Rule 12(c), Fed. R. Civ. P., moves this court to enter judgment on the pleadings in its favor on each count of the Complaint. For the reasons set forth in the attached Memorandum of Law, plaintiff cannot prove any facts to establish his claim for benefits under the Employee Retirement Income Security Act, 29 U.S.C. 1132 ("ERISA"), because he has not sued the Plan, nor can he establish his estoppel and misrepresentation claims because both claims are preempted by ERISA.

                                             Respectfully submitted,

                                             s/Lynn U. Thorpe
                                             Lynn U. Thorpe
                                             35 East Wacker Drive, Suite 500
                                             Chicago, IL 60601
                                             Phone 312- 236-0475
                                             Fax     312-236-1750
                                             E-mail: lynn_thorpe@gshllp.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: thoevel@hoevellaw.com and I certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: N/A.

s/Lynn U. Thorpe  
Lynn U. Thorpe  
35 East Wacker Drive, Suite 500  
Chicago, IL 60601  
Phone 312- 236-0475  
Fax     312-236-1750  
E-mail: lynn_thorpe@gshllp.com

**ATTORNEYS FOR DEFENDANT**