## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

DR. HANSEL M. DEBARTOLO

       Plaintiff,

  v.                                                                            Case No: 07 C 6967
                                                                  Judge Charles P. Kocoras
XO COMMUNICATIONS SERVICES, INC.             Courtroom 1725
                                                                  Magistrate Judge Geraldine Soat Brown
       Defendant.                                                  Courtroom 1812

## NOTICE OF MOTION AND CERTIFICATE OF SERVICE

TO:    Talbot Charles Hoevel
         Hoevel & Associates, P.C.
         3725 N. Western Avenue
         Chicago, IL 60618

      PLEASE TAKE NOTICE that on Tuesday, June 17, 2008 at 9:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Charles P. Kocoras in Courtroom 1725 of the United States District Court for the Northern District of Illinois, 219 S. Dearborn, Chicago, Illinois 60604, and then and there present the attached Motion for Judgment on the Pleadings and supporting Memorandum which are hereby served upon you.

Dated: June 10, 2008

                                                   Respectfully submitted,
                                                   s/Lynn U. Thorpe
                                                 Lynn U. Thorpe
                                                 35 East Wacker Drive, Suite 500
                                                 Chicago, IL 60601
                                                 Phone 312- 236-0475
                                                 Fax    312-236-1750
                                                 E-mail: lynn_thorpe@gshllp.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: thoevel@hoevellaw.com and I certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: N/A.

s/Lynn U. Thorpe
Lynn U. Thorpe
35 East Wacker Drive
Suite 500
Chicago, IL 60601
Phone 312- 236-0475
Fax     312-236-1750
E-mail: lynn_thorpe@gshllp.com

**ATTORNEYS FOR DEFENDANT**