# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Charles P. Kocoras | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6967 | **DATE** | 6/17/2008 |
| **CASE TITLE** | DeBartolo vs. XO Communications Services, Inc. | | |

**DOCKET ENTRY TEXT**

Motion hearing held on 6/17/2008. Plaintiff's oral motion to dismiss XO Communications Services, Inc. with prejudice is granted. So ordered. Pending motion [28] for judgment on the pleadings is denied as moot. Plaintiff is given to 7/1/2008 to file an amended complaint. Status hearing is reset from 8/19/2008 to 7/29/2008 at 9:30 a.m.

Docketing to mail notices.

00:08

| | Courtroom Deputy Initials: | SCT |
|---|---|---|