**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 07 C 6967 |
| DR. HANSEL M. DEBARTOLO | |
| v. | |
| XO COMMUNICATIONS, INC. | |
| HEALTH CARE PLAN | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

XO COMMUNICATIONS, INC. HEALTH CARE PLAN

| |
|---|
| NAME (Type or print) |
| ELIZABETH A. MCDUFFIE |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ ELIZABETH A. MCDUFFIE |
| FIRM |
| GONZALEZ, SAGGIO AND HARLAN, L.L.C. |
| STREET ADDRESS |
| 35 EAST WACKER DRIVE, SUITE 500 |
| CITY/STATE/ZIP |
| CHICAGO, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| | 312.236.0475 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐