**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

DR. HANSEL M. DEBARTOLO,

      Plaintiff,

  v.

XO COMMUNICATIONS, INC.
HEALTH CARE PLAN,

      Defendant.

Case No. 07 C 6967
Judge Charles P. Kocoras
Courtroom 1725
Magistrate Judge Geraldine Soat Brown
Courtroom 1812

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

TO:    Talbot Charles Hoevel
         Hoevel & Associates, P.C.
         3725 N. Western Avenue
         Chicago, IL 60618

     PLEASE TAKE NOTICE that on Tuesday, July 1, 2008 at 9:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Charles P. Kocoras in Courtroom 1725 of the United States District Court for the Northern District of Illinois, 219 S. Dearborn, Chicago, Illinois 60604, and then and there present the attached Unopposed Motion for Ten Day Extension to Answer or Plead to Amended Complaint which are hereby served upon you.

Dated: June 26, 2008

                                    Respectfully submitted,
                                    s/Lynn U. Thorpe
                                    Lynn U. Thorpe
                                    35 East Wacker Drive, Suite 500
                                    Chicago, IL 60601
                                    Phone 312- 236-0475
                                    Fax    312-236-1750
                                    E-mail: lynn_thorpe@gshllp.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: thoevel@hoevellaw.com and I certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: N/A.

s/Lynn U. Thorpe
Lynn U. Thorpe
35 East Wacker Drive
Suite 500
Chicago, IL 60601
Phone 312- 236-0475
Fax     312-236-1750
E-mail: lynn_thorpe@gshllp.com

**ATTORNEYS FOR DEFENDANT**