UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Hansel M DeBartolo

                                                             Plaintiff,

v.                                                                                                                                                        Case No.:
                                                                                                                                                      1:07−cv−06967

                                                                                                                                                      Honorable Charles
                                                                                                                                                      P. Kocoras

XO Communications, Inc, Health Care Plan, et al.

                                                                                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 30, 2008:

      MINUTE entry before the Honorable Charles P. Kocoras:Defendants' unopposed motion [35] for an extension of time to 7/23/2008 to answer or otherwise plead to the Amended Complaint is granted. Hearing on said motion, set for 7/1/2008, is stricken. Status hearing set for 7/29/2008 at 9:30 a.m. to stand.Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.