# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Hansel M DeBartolo

                                        Plaintiff,

v.                                                          Case No.:
                                                            1:07–cv–06967

                                                            Honorable Charles
                                                            P. Kocoras

XO Communications, Inc, Health Care Plan, et al.

                                        Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 29, 2008:

        MINUTE entry before the Honorable Charles P. Kocoras:Status hearing held on 7/29/2008. All discovery to be completed by 9/30/2008. Status hearing set for 10/9/2008 at 9:30 a.m. Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.